394 A.2d 621

Ginalski, et al., Appellants, v. Rosh, et al.

Argued June 12, 1978. John Kocsis, for appellants; David B. Keeffe, with him Michael J. De-Sisti, for appellees.

Order affirmed.

394 A.2d 605

Gitman v. Gitman, Appellant.

Argued June 13, 1978. Thomas B. Rutter, for appellant; William R. Mosolino, for appellee.

Judgment affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.